S. Ct. order filed 3/17/03;
case is vacated and remanded

Petition for cert granted by
order filed 3/10/03; opinion
filed 12/18/01 is vacated

**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 01-7349**

───────────────

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

TODD ANDREW HERBERT,

                              Defendant - Appellant.

───────────────

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.   Norman K. Moon, District Judge. (CR-97-24, CV-00-170)

───────────────

Submitted:  December 5, 2001        Decided:  December 18, 2001

───────────────

Before WILKINS, LUTTIG, and MOTZ, Circuit Judges.

───────────────

Dismissed by unpublished per curiam opinion.

───────────────

Todd Andrew Herbert, Appellant Pro Se.  Joseph William Hooge Mott, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

───────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

   Todd Andrew Herbert seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Herbert, Nos. CR-97-24; CV-00-170 (W.D. Va. May 30, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

                                                    DISMISSED